## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Slawson Exploration Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Nine Point Energy, LLC f/n/a Triangle USA Petroleum Corporation, | ) ) | |
| | ) | Case No. 1:17-cv-106 |
| Defendant. | ) | |

Before the court are motions for attorneys Jayvan E. Mitchell, Christopher M. Dressel, and Albert L. Hogan III to appear *pro hac vice* on behalf of defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jayvan E. Mitchell, Christopher M. Dressel, and Albert L. Hogan III have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 16, 17, and 18) are **GRANTED**. Attorney is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge