# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Slawson Exploration Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Nine Point Energy, LLC *f/k/a* | ) | |
| Triangle USA Petroleum Corporation, | ) | Case No. 1:17-cv-106 |
| | ) | |
| Defendant. | ) | |

The parties filed a stipulation (Doc. No. 42) to vacate the current scheduling order. The parties have filed cross-motions for summary judgment that could resolve or moot some or all of the issues in the present litigation and have asked for additional time to complete discovery in the event the current cross-motions do not resolve the case. The Court therefore **ADOPTS** the parties stipulation to vacate the scheduling order. The Court will reset deadlines as necessary at a later date.

Dated this 22nd day of August, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court